**Order filed December 2, 2022**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-22-00747-CV**

———————

**IN THE INTEREST OF M.R., AND N.R., CHILDREN, Appellant**

**V.**

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,**
**Appellee**

---

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 20CP0074**

---

## O R D E R

The clerk's record was filed October 24, 2022. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's order, if any, appointing Sandra Wann as appellate counsel for S.R.

The Galveston County District Clerk is directed to file a supplemental clerk's record on or before December 7, 2022, containing the trial court's order, if any, appointing Sandra Wann as appellate counsel for S.R.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Wilson.